# EXHIBIT A

Process Server/Sheriff

MAR 1 4 2022

SERVED K/L

## SUMMONS

Attorney(s) The Law Offices of James Vasquez, P.C.

Office Address 970 Clifton Avenue

Town, State, Zip Code Clifton, NJ 07013

Telephone Number 862-247-8711

Attorney(s) for Plaintiff Marilanda De La Rosa De Perdomo

Marilanda De La Rosa De Perdomo,

Plaintiff(s)

vs.

Walmart Stores East L.P., et al,

Defendant(s)

## Superior Court of New Jersey

Middlesex County

LAW Division

Docket No: MID-L-1262-22

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

Michelle M. Smith
Clerk of the Superior Court

DATED: 03/10/2022

Name of Defendant to Be Served: Walmart Stores East L.P.

Address of Defendant to Be Served: 702 S.W. 8 Street, Bentonville, AK 72716

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

THE LAW OFFICES OF JAMES VASQUEZ, P.C.
James Vasquez, Esq.
Attorney ID: 013262008
970 Clifton Avenue
Clifton, NJ 07013
(862) 247-8711
Attorneys for Plaintiff, Marilanda De La Rosa De Perdomo

| | |
|---|---|
| MARILANDA DE LA ROSA DE PERDOMO,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES EAST L.P., JOHN DOE and JANE DOE (1-100) and ABC CORP (1-100) (fictitious names/entities unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO: MID-L-<br><br>CIVIL ACTION<br><br>**COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL AND CERTIFICATION UNDER RULE 4:5-1** |

Plaintiff, Marilanda De La Rosa De Perdomo, residing at 153 Rutgers Street, City of New Brunswick, County of Middlesex, State of New Jersey, complaining of the defendants, say that:

## FIRST COUNT

1. On or about August 25, 2020, Plaintiff, Marilanda De La Rosa De Perdomo, was lawfully on the premises commonly known as 979 Route 1, in the City of North Brunswick, County of Middlesex and State of New Jersey.

2. At all times relevant herein, Defendants, Walmart Stores East L.P., John Doe and Jane Doe 1-100 and/or ABC Corporation 1-100 (fictitious names), owned, occupied, operated and/or maintained the premises commonly known as 979 Route 1, in the City of North Brunswick, County of Middlesex and State of New Jersey.

3. Defendants, Walmart Stores East L.P., John Doe and Jane Doe 1-100 and/or ABC Corporation 1-100 (fictitious names), did so negligently and carelessly own, occupy, operate and/or maintain the aforesaid premises so as to cause a dangerous condition to exist thereon.

4. As a direct and proximate result of the negligence of Defendants, as aforesaid, Plaintiff, Marilanda De La Rosa De Perdomo, was caused to be injured due to the aforesaid dangerous condition and was thus caused to sustain and did sustain serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in her daily routine.

**WHEREFORE**, Plaintiff, Marilanda De La Rosa De Perdomo demands judgment against defendants, Walmart Stores East L.P., John Doe and Jane Doe 1-00 and ABC Corporation 1-100 (fictitious names), jointly, severally, for:

(a) Compensatory damages;

(b) Interest;

(c) Costs of suit;

(d) And any other such relief that the court deems proper and just.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury as to all issues in this matter so triable.

THE LAW OFFICES OF JAMES VASQUEZ, P.C.
Attorneys for Plaintiff

By _____*s/ James Vasquez*_____
JAMES VASQUEZ

Dated: March 10, 2022

### DESIGNATION OF TRIAL COUNSEL

James Vasquez is hereby designated as trial counsel pursuant to Rule 4:25-4.

> THE LAW OFFICES OF JAMES VASQUEZ, P.C.
> Attorneys for Plaintiff
>
> By ___*s/ James Vasquez*___
>              JAMES VASQUEZ

Dated: March 10, 2022

### CERTIFICATION UNDER RULE 4:5-1

I hereby certify that the matter in controversy is not the subject of any other action pending in any court or pending in any arbitration proceeding, nor is any other action or arbitration proceeding contemplated. I know of no other party who should be joined in this action at this time.

> THE LAW OFFICES OF JAMES VASQUEZ, P.C.
> Attorneys for Plaintiff
>
> By ___*s/ James Vasquez*___
>              JAMES VASQUEZ

Dated: March 10, 2022

### DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS

Pursuant to R. 4:10-2(b), demand is hereby made that you disclose to the undersigned whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgment. If so, please attach a copy of each, or in the alternative state, under oath and certification: (a) policy number; (b) name and address of insurer; (c) inception and expiration date; (d) names and

addresses of all persons insured thereunder; (e) personal injury limits; (f) property damage limits; and (g) medical payment limits.

                                      THE LAW OFFICES OF JAMES VASQUEZ, P.C.
                                      Attorneys for Plaintiff

                                      By    *s/ James Vasquez*
                                                          JAMES VASQUEZ

Dated: March 10, 2022

# Civil Case Information Statement

### Case Details: MIDDLESEX | Civil Part Docket# L-001262-22

Case Caption: DE LA ROSA DE PERDOM MARILANDA VS WALMART STORES
Case Initiation Date: 03/10/2022
Attorney Name: ANGELO JAMIE VASQUEZ
Firm Name: JAMES VASQUEZ, PC
Address: 970 CLIFTON AVE
CLIFTON NJ 07013
Phone: 8622478711
Name of Party: PLAINTIFF : De La Rosa De Perdom, Marilanda
Name of Defendant's Primary Insurance Company (If known): None

Case Type: PERSONAL INJURY
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Is this a professional malpractice case? NO
Related cases pending: NO
If yes, list docket numbers:
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

Are sexual abuse claims alleged by: Marilanda De La Rosa De Perdom? NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:


Will an interpreter be needed? YES
    If yes, for what language:
    SPANISH

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

03/10/2022          /s/ ANGELO JAMIE VASQUEZ
Dated          Signed